Charles J. Shemaitis, Plaintiff-Appellant, v. Le Roy F. Froemke, Defendant-Appellee.
Charles J. Shemaitis, Plaintiff-Appellant, v. Chicago Title and Trust Company, Defendant-Appellee.
Charles J. Shemaitis, Plaintiff-Appellant, v. Chicago Title and Trust Company, Defendant-Appellee.

Gen. Nos. 47,896, 47,897, 47,898.

First District, Third Division.
September 21, 1960.
Rehearing denied October 10, 1960.

Charles J. Shemaitis, of Chicago, pro se; A. Edmund Peterson, John Mann, William M. Rice, and John H. Meyer, all of Chicago, for Le Roy F. Froemke and Chicago Title and Trust Company, defendants-appellees. Opinion by JUSTICE McCORMICK. **Not to be published in full.**